UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BELL, et al.,<br><br>                 Plaintiffs,<br><br>v.<br><br>OAMA CORONADO LLC, et al.,<br><br>                 Defendants. | Case No.: 25-cv-01170-CAB-DEB<br><br>**ORDER TO DISMISS AMENDED COMPLAINT**<br><br>[Doc. No 5] |

      On May 7, 2025, Plaintiffs Michael Bell and Lisa Philips filed a complaint against Defendants Oama Coronado LLC, Todd Brisco & Associates, Valerie Sparks, Judge Peter F. Murray, and Sirein Roman. [Doc. No. 1.] Plaintiffs filed a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). [Doc. No. 2.] Plaintiffs also filed a motion to stay ongoing Superior Court proceedings. [Doc. No. 3.] The Court allowed Plaintiffs to proceed IFP but dismissed the complaint and denied the motion for stay with leave to amend. [Doc. No. 4.] Plaintiffs subsequently filed an amended complaint. [Doc. No. 5.] The Court again screens the amended complaint and dismisses without leave to amend.

      The Court construes Plaintiffs' amended complaint liberally. *See Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010). The recent filing by Plaintiffs confirms the Court's

prior analysis: Plaintiffs seek declaratory, injunctive, and damages relief challenging "the conduct and procedures occurring during [a] ongoing state proceeding." [Doc. No. 5 at 1.]

As it relates to Fed. R. Civ. P. 12(b)(1), "subject-matter jurisdiction, because it involves a court's power to hear a case, can never be forfeited or waived." *United States v. Cotton*, 535 U.S. 625, 630 (2002). This threshold requirement "'spring[s] from the nature and limits of the judicial power of the United States' and is 'inflexible and without exception.'" *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94–95 (1998) (quoting *Mansfield, C. & L.M. Ry. Co. v. Swan*, 111 U.S. 379, 382 (1884).

Plaintiffs state that there has been no judgment entered against them. Taking this position as true, the Anti-Injunction Act nevertheless prohibits this Court from enjoining ongoing state court proceedings with limited exceptions, none of which apply here. 28 U.S.C. § 2283; *see Atl. Coast Line R.R. Co. v. Bhd. of Locomotive Eng'rs*, 398 U.S. 281, 286 (1970) (listing exceptions). Numerous district courts have agreed, specifically in the context of unlawful detainer proceedings. *See, e.g., Diaz v. National City Bank*, No. 10-CV-1230-IEG (WVG), 2012 WL 2129916, at *2 (S.D. Cal. June 12, 2012).

Any amendment here would be futile. *See Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000). This case is dismissed without leave to amend. The Clerk is directed to close the case.

Dated: May 19, 2025

Hon. Cathy Ann Bencivengo
United States District Judge